

# In The
# Court of Appeals
# Seventh District of Texas at Amarillo

---

No. 07-20-00178-CV

---

**YOUTH YOUNG ADULT FELLOWSHIP ALLIANCE,
A/K/A YOUTH YOUNG ADULT, A/K/A YYAFA, APPELLANT**

**V.**

**THE STATE OF TEXAS, APPELLEE**

On Appeal from the 459th District Court
Travis County, Texas
Trial Court No. D-1-GN-19-003024, Honorable Dustin Howell, Presiding

January 12, 2021

## MEMORANDUM OPINION

Before PIRTLE and PARKER and DOSS, JJ.

Appellant, Youth Young Adult Fellowship Alliance, a/k/a Youth Young Adult, a/k/a YYAFA, appeals from the trial court's default judgment in favor of Appellee, the State of Texas.[1]  Appellant's brief was originally due September 18, 2020.  We subsequently granted Appellant an extension to November 17, 2020, but no brief was filed.  By letter of

---

[1] Originally appealed to the Third Court of Appeals, this appeal was transferred to this Court by the Texas Supreme Court pursuant to its docket equalization efforts.  *See* TEX. GOV'T CODE ANN. § 73.001 (West 2013).

December 14, 2020, we notified Appellant that the appeal was subject to dismissal for want of prosecution if a brief was not received by December 28. To date, Appellant has not filed a brief or had any further communication with this Court.

Accordingly, we dismiss the appeal for want of prosecution. TEX. R. APP. P. 38.8(a)(1), 42.3(b).

Per Curiam